# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JDH UNLIMITED, INC.,<br><br>    Plaintiff(s),<br><br>v.<br><br>APKZ MEDICAL, INC., et al.,<br><br>    Defendant(s). | Case No. 2:22-cv-01407-GMN-NJK<br><br>**Order**<br><br>[Docket Nos. 6, 8, 10] |

Pending before the Court are Plaintiff's motions for post-judgment discovery. Docket Nos. 6, 8, 10. None of those motions is supported by points and authorities, so they are all **DENIED** without prejudice. Local Rule 7-2(d). Any renewed motion must cite the controlling legal authority for these requests, identify the pertinent standards, and provide meaningful discussion as to how those standards are met.

    IT IS SO ORDERED.

    Dated: September 2, 2022

                                                               Nancy J. Koppe
                                                               United States Magistrate Judge